*Paul F. Donohue* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DYE and FROESSEL, JJ. DESMOND, FULD and VAN VOORHIS, JJ., dissent and vote to reverse and to dismiss the claim.

WILLIAM PICKETT, Appellant, *v.* CITY OF NEW YORK, Respondent.

*Argued November 16, 1954; decided December 31, 1954.*

*Herbert L Fine* for appellant.

*Adrian P. Burke, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Claim of HERMAN WILTCHER, Respondent, against NATIONAL TRANSPORTATION Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 2, 1954; decided December 31, 1954.